# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **STEVE FOWLER, et al.,** | **CASE NO.  5:08 CV 2350** |
| **Plaintiffs,** | |
| v. | **JUDGE PETER C. ECONOMUS** |
| **CITY OF CANTON, et al.,** | **ORDER** |
| **Defendants.** | |

This matter came before the Court for a Status Conference on December 19, 2008. The Court hereby **ORDERS** that limited discovery may be conducted where necessary to resolve: 1) the issues addressed in Plaintiffs' Motion to Dismiss (Dkt. # 15), and 2) the applicable statute of limitations. Discovery shall conclude on March 6, 2009.  Defendants may file a Motion for Summary Judgment addressing the aforementioned issues on or before April 6, 2009.  Plaintiffs may file their opposition briefs on or before May 6, 2009.  Reply briefs may be filed on or before May 16, 2009.

In addition, Plaintiffs shall file an Amended Complaint and Defendants shall withdraw their Motion to Dismiss (Dkt. # 15).

**IT IS SO ORDERED.**

/s/ Peter C .Economus  -December 19, 2008
PETER C. ECONOMUS
UNITED STATES DISTRICT JUDGE